# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL PAR-LOPEZ | No. 2:25-mj-00055-KFW |

## COMPLAINT

I, Scott M. Hanton, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
### (Re-Entry After Prior Deportation)

On about February 7, 2025, in the District of Maine, the defendant,

### SAMUEL PAR-LOPEZ

an alien, was found in the United States of America after having been previously removed therefrom on about January 14, 2009 at El Paso, Texas, and not having obtained the express consent of the United States Attorney General, or its successor, the Secretary of the U.S. Department of Homeland Security, to reapply for admission to the United States of America.

All in violation of Title 8, United States Code, Section 1326(a).

This Complaint is based on those facts which are set forth in my affidavit of February 10, 2025, which is attached hereto and incorporated by reference.

_____
Scott Hanton
United States Border Patrol
Border Patrol Agent

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Feb 11 2025

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title