# Complaint Synopsis

| | |
|---|---|
| **Name:** | Samuel Par-Lopez |
| **Address:** (City & State Only) | Cranston, RI |
| **Year of Birth and Age:** | 1987, 37 years old |
| **Violations:** | **Count 1:** Unlawful reentry, 8 U.S.C. § 1326(a) |
| **Penalties:** | **Count 1:** Fine of $250,000 pursuant to 18 U.S.C. § 3571(b)(3); Imprisonment of not more than 2 years pursuant to 8 U.S.C. § 1326(a)(2), or both. |
| **Supervised Release:** | **Count 1:** Not more than one year. 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Not more than one year. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** One year less any term of imprisonment imposed. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investiagive Agency and Case Agent Name:** | Scott Hanton, CBP |
| **Detention Status:** | Immigration detainer in place |
| **Foreign National:** | Yes; Guatemala |
| **Foreign Consular Notification Provided:** | No |
| **County** | Lincoln |
| **AUSA:** | Shira Furman |
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | No |
| **Assessments:** | $100 per count. *See* 18 U.S.C. § 3013(a)(2)(A). |